No. 82–2005. WATKINS v. ROCHE. Appeal from Sup. Ct. Ga. dismissed for want of jurisdiction.

No. 82–2070. INTERNATIONAL SOCIETY FOR KRISHNA CONSCIOUSNESS v. MARSLAND, PROSECUTING ATTORNEY, CITY AND COUNTY OF HONOLULU. Appeal from Sup. Ct. Haw. dismissed for want of substantial federal question. JUSTICE BRENNAN and JUSTICE MARSHALL would note probable jurisdiction and set case for oral argument.

No. 82–6950. SANTIAGO v. PENNSYLVANIA. Appeal from Sup. Ct. Pa. dismissed for want of substantial federal question. JUSTICE BRENNAN and JUSTICE MARSHALL would note probable jurisdiction and set case for oral argument.

No. 83–6. BESADNY, SECRETARY, WISCONSIN DEPARTMENT OF NATURAL RESOURCES, ET AL. v. LAC COURTE OREILLES BAND OF LAKE SUPERIOR CHIPPEWA INDIANS ET AL. Appeal from C. A. 7th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS would affirm the judgment.

No. 83–91. APTOS SEASCAPE CORP. v. COUNTY OF SANTA CRUZ ET AL. Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of a final judgment.

No. 82–6583. DANIEL v. COLLIER. Appeal from Ct. App. Mich. Motion of appellant for leave to proceed in forma pauperis granted. Judgment vacated and case remanded for further consideration in light of Pickett v. Brown, 462 U. S. 1 (1983).